Matthew Kaminski, WSBA #4423
Yakima Law, PLLC
212 N. Naches Ave.
Yakima, WA 98901
(509) 903-9500
matt@yakima.law

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMOS FINANCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE CONFEDERATED TRIBES<br>AND BANDS OF THE YAKAMA<br>NATION,<br>Defendant. | Case No.<br><br><br>**Complaint** |

### I.    Complaint

**COMES NOW,** the Plaintiff, who is a registered foreign limited liability company, seeks relief from the Yakama Nation for its failure to timely adjudicate the matter before its Tribal Court subject to the Due Process Clause of the United States Constitution.

### II.    Statement of Facts

Plaintiff, Amos Financial, LLC, is a registered foreign limited liability company, it is the successor in interest to PHH Mortgage Company.

The Confederated Tribes and Bands of the Yakama Nation is a recognized tribe situated in the Eastern District of Washington.

1. On December 12, 2014, Plaintiff's predecessor in interest filed a complaint to foreclose the Deed of Trust between signed by Jeffrey A. Sampson and Heather R. Sampson which was originally in favor of Mortgage Electronic Registration Systems, Inc. as nominee for KeyBank National Association. The complaint was given cause number 15-0024.

Complaint

Page **1** of **2**

Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
T: (509) 903-9500
F: (509) 866-5951


2. On July 7th, 2015, the matter was set for default judgment before the Tribal Court. The matter was continued at the request of the borrowers.

3. Since that time the Defendant has failed to allow this matter to proceed to any hearings. The Defendant is the one who sets hearings before its own court and is the only entity in control of the calendaring of hearings.

4. Plaintiff has filed motions, reached out to court staff and counsel for the tribe but there has been no action by the court despite attempts to move the matter to its conclusion. The relevant pleadings and correspondence with the court staff and counsel for the Tribe are attached as Exhibit A.

5. Plaintiff is prejudiced by every month of delay where the outstanding balance on the mortgage note is not being paid and they are deprived of their right to foreclose upon the property.

### III.    Relief Requested

Plaintiff has been deprived their due process pursuant to Amendment 5 and 14 of the U.S. Constitution.  Plaintiff requests that the Federal Court assert jurisdiction over the matter and remove the cause to the Federal Court.  In the alternative, the Plaintiff requests the Federal Court to issue an order compelling the Defendant to timely set the pending motions for hearing and to continue to do so to its completion.

Plaintiff requests fees and costs associated with bringing this action.

SIGNED AND DATED this 2 5 day of January 2023 at Yakima, Washington.

Yakima Law PLLC


Matthew Kaminski WSBA #44023
Attorney for Plaintiff

Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
T: (509) 903-9500
F: (509) 866-5951



## Nina Rodriguez

**From:** Nina Rodriguez
**Sent:** Thursday, May 28, 2020 11:46 AM
**To:** Crystal Whitefoot; Marty Heemsah
**Subject:** Case No. YTC-CO-15-0024

Good morning, I'm sending a quick email in regard to the Amos Financial v. Jeffrey and Heather Sampson, I am wanting to request documents but am needing to find out when the last known hearing is on this case or if there is one pending. I'm also needing to get a copy of the Assignment of Mortgage, are you able to see if there is one filed and when this was filed so I can send the Document Request Form?

Also, am I able to be included on any COVID-19 court hearing rulings or updates on any Tribal Court hearings? Your help is definitely greatly appreciated.

Thank you,



Nina Rodriguez
*Paralegal/Tech*
Yakima Law, PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

### Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re transmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error, and delete the copy you received. Thank you.

## Nina Rodriguez

| | |
|---|---|
| **From:** | Nina Rodriguez |
| **Sent:** | Monday, July 20, 2020 7:44 AM |
| **To:** | Crystal Whitefoot; Marty Heemsah |
| **Subject:** | RE: Case No. YTC-CO-15-0024 AMOS v. Jeffrey and heather Sampson |
| **Attachments:** | 2020.7.20 (Amos) Document Request Form.pdf |

Attached is the document request form, can you tell me the cost and let me know if I'm able to mail a check?

Thank you,



Nina Rodriguez
*Paralegal/Tech*
Yakima Law, PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

### Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.

Notice: This communication may contain privileged or other confidential information.  If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re transmit, disseminate, or otherwise use the information.  Also, please indicate to the sender that you have received this email in error, and delete the copy you received.  Thank you.

**From:** Nina Rodriguez
**Sent:** Monday, July 20, 2020 7:25 AM
**To:** Crystal Whitefoot <Crystal_Whitefoot@Yakama.com>; Marty Heemsah <Marty_Heemsah@Yakama.com>
**Subject:** Case No. YTC-CO-15-0024 AMOS v. Jeffrey and heather Sampson

Good morning, hope all is well! I'm sending a quick email to see if there has been a recorded assignment of deed of trust from MERS to KeyBank filed on this matter. Can you please confirm? I am aware things have been on hold due to COVID but if you could confirm when this was filed so I can request a copy. I would greatly appreciate it.

Thank you,



Nina Rodriguez
*Paralegal/Tech*
Yakima Law, PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

### Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.

Notice: This communication may contain privileged or other confidential information.  If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re transmit, disseminate, or otherwise use the information.  Also, please indicate to the sender that you have received this email in error, and delete the copy you received.  Thank you.

## Nina Rodriguez

| | |
|---|---|
| **From:** | Nina Rodriguez |
| **Sent:** | Tuesday, April 19, 2022 9:46 AM |
| **To:** | Jenifer Manuel; Victoria Barajas; Elmer Ward; Cheri Root; Tamara Saluskin; Kayla Fiander |
| **Cc:** | Matthew Kaminski |
| **Subject:** | KeyBank National Association v. Jeffrey Sampson, Case No. YTC-CO-15-0024 - SFK8 |
| **Attachments:** | 2022.4.19 (PHH Mortgage) Amos Financial Document Request Form .pdf |
| **Importance:** | High |

*Good morning all, hope all is well! We would like to set a hearing on the above referenced matter. Can I please obtain dates of when this matter can be heard or be provided the correct document to get this matter set for a hearing?*

*We also need to obtain all documents that have been filed under the above referenced matter. I've attached the document request form. I know due to COVID the process is handled a bit different. Please let me know if I need to come down. I'd be happy to.*

*I am also needing to find out if there's been an assignment of deed of trust from MERS to KeyBank filed with the Yakama Tribal records. Can you point me to the right direction?*

*Thank you all, your assistance is greatly appreciated!*

Thank you,



Nina Rodriguez
*Litigation Paralegal*
Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

**Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.**

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re transmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error, and delete the copy you received. Thank you.



Confederated Tribes and Bands
of the Yakama Nation

Established by the
Treaty of June 9, 1855

# DOCUMENT REQUEST FORM

**TO:**  YAKAMA TRIBAL COURT
P.O. Box 151, Toppenish, WA 98948
Phone: 509-865-5121

TYPE OF CASE:    **(Please Circle)**

(PATERNITY)        (DIVORCE)        (GUARDIANSHIP)        (PROBATE)        ((CIVIL))

(CUSTODY)         (NAME            (CRIMINAL)            (RESTRAINING ORDER)
                  CHANGE)

Print Your Name here: Nina Rodriguez _____    PHONE No.: 509.903.9500 _____

NAME(s) ON COURT CASE FILE: PHH Mortgage Co. v. Sampsons  D.O.B. ____
                                                          D.O.B. ____

DATE OF LAST KNOWN HEARING: Unknown _____    COURT CASE# YTC-CO-15-0024
The request for documents will be used for the following specific purpose(s): HEARINGS _____

I am requesting a (DUPLICATE COPY)   (CERTIFIED COPY) *see costs below

*Nina Rodriguez (signature)*      LITIGATION PARALEGAL      4-19-22
Requestor's Signature                   Title                  Date

**P L E A S E  ALLOW (72) HOURS TO PROCESS YOUR REQUEST.**

Note: Adoption records are sealed and in the event you are requesting copies of adoption records that is only through a
written petition to the court for the judge's consideration.

┌──────────────────────────────────────────────────────────────────────────────┐
│         **DO NOT WRITE BELOW DOTTED LINE FOR COURT USE ONLY**                   │
└──────────────────────────────────────────────────────────────────────────────┘

Your request is hereby GRANTED/DENIED

                                    _____    _____
                                    **JUDGE, Yakama Tribal Court**     **Date**
If denied – reason: _____

_____

I have on this___ day of _____ 20___ .at ____:____ AM / PM made copies of the documents
requested and MAILED/DELIVERED to: _____

                                   _____

                                   _____

                                    _____
                                    Court Staff

*DUPLICATION *Cost at .50 each page*
*CERTIFIED *Cost at $2 and .50 per page thereafter if more than one document*
**Due at time of copying $_____*

WORDdoc102116

**Nina Rodriguez**

| | |
|---|---|
| **From:** | Nina Rodriguez |
| **Sent:** | Friday, August 5, 2022 1:52 PM |
| **To:** | YN Court Clerk |
| **Cc:** | Matthew Kaminski |
| **Subject:** | Amos Financial v. Sampsons Case No. YTC-CO-15-0024 |
| **Attachments:** | (Amos) Motion to Amend and Request Hearing.pdf |

*Good afternoon, I'm following up in regard to the attached documents. Sorry if you got doubles. The original copies were sent by our receptionist by mail. She didn't know we could email. Can we please get an update on this?*

Thank you,



Nina Rodriguez
*Litigation Paralegal*
Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

**Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.**
Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re transmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error, and delete the copy you received. Thank you.



**Attorneys**

Matthew Kaminski
Brooke Barnes
Jodi Mumford
Wendy Winfield

August 2, 2022

Yakama Nation Tribal Court
50 Wishpoosh Rd.
Toppenish, WA 98948

Attn: Tamara Saluskin

     Re:    *PHH Mortgage Company (Now Amos Financial) v. Jeffrey Sampson; Heather Sampson*

          *Yakama Nation Tribal Court Case No. YTC-CO-15-0024*

Dear Ms. Saluskin:

My name is Matthew Kaminski, and I am an attorney at Yakima Law, PLLC. I represent Amos Financial.

I am enclosing a renewed motion to amend and to request a hearing on the matter. There has been a pending motion before the court. I am not sure why this has never been set for hearing, I understand that there have been issues with settings, but I will insist that we please have this set for hearing as soon as is feasible.

Feel free to reach out to me at 509.903.9500. If I am not available, my paralegal, Nina Rodriguez can assist.

Sincerely,

Matthew Kaminski

MRK/nr

**IN THE TRIBAL COURT OF THE CONFEDERATED TRIBES AND BANDS OF THE
YAKAMA INDIAN NATION**

| | |
|---|---|
| In re:<br>PHH MORTGAGE COMPANY, *et al.*,<br>Plaintiffs,<br><br>V.<br><br>JEFFEREY A. SAMSON; HEATHER R.<br>SAMPSON; *et al.*,<br>Defendants. | No. YTC-CO-15-0024<br><br>RE: RENEWED MOTION FOR LEAVE<br>TO FILE FIRST AMENDED<br>COMPLAINT, DEED OF TRUST<br>FORECLOSURE; MEMORANDUM OF<br>SUPPORTING LAW; REQUEST FOR<br>HEARING |

**COMES NOW, Plaintiff by and through it's assigns and counsel,** and make this

request for a hearing on their renewed Motion to File First Amended Complaint, as follows:

## I.    INTRODUCTION

Plaintiff, respectfully moves the Tribal Court, pursuant to Rule 15 of the Federal Rules of

Civil Procedure, for leave to file a First Amended Complaint maintains the counts and

allegations against the same Defendants from the original complaint but drops one plaintiff and

accounts for significant factual and procedural developments that have occurred since the

original complaint was field.

## II.    BACKGROUND

### A. Summary of Procedural Background:

This case was filed in late 2014. Despite being on file for several years, Defendants have

never bothered to file an Answer or other responsive pleading. Plaintiff has filed a number of

Motions for Default, all without a ruling. At the last Motion for Default, in May 2017, the Court

promised to review its file and schedule another hearing "within thirty days'. Plaintiff, Keybank

got wind of a divorce proceedings between Heather and Jeffrey Sampson and filed a Motion to

Intervene in that proceeding but received no confirmation from the Court that such a motion was

Motion – *Page 1 of 5*                                          **YAKIMA LAW, PLLC**
                                                              212 N. Naches Ave.
                                                              Yakima, WA  98901
 COPY                                     (T) 509-903-9500 | (F) 509-866-5951

filed.

During the pendency of this, Plaintiff recognizes that Covid created severe issues with the Court scheduling hearings. As the worst of the pandemic is hopefully behind us, we ask to proceed and renew our motion.

### B. Summary of Factual Background

When this case started, third-party PHH Mortgage Corporation was servicing the account. Since that time Keybank and then later Amos Financial were assigned the instrument. As such, leave is requested from this Court to remove the name of PHH Mortgage Corporation from the suit and to instead simply show Amos Financial as the Plaintiff in interest. Also, the outstanding loan amount has increased significantly due to the lack of any payments from borrowers during the pendency of this suit.

### III.    ARGUMENT

Federal Rule of Civil Procedure 15(a) allows for leave to amend pleadings, and further provides that "leave shall be freely given when justice so requires." The present Motion for Leave to Amend presents such an occasion, for the following reasons:

### A. Plaintiff has Removed the name of one of the Plaintiffs.

PHH Mortgage Corporation is no longer servicing the loan and is therefore omitted from the caption of the proposed First Amended Complaint.

### B. The Amended Complaint Adds Details and Specificity to Plaintiff's Factual Assertions and Causes of Action

To aid the Court in its assessment of Plaintiff's claims, Plaintiff has added detail and specificity to their factual assertions, For example, Plaintiff's claims, Plaintiff has added detail and specificity to their factual assertions. For example, Plaintiff provides more detail and an update on the loan balance outstanding. Furthermore, Plaintiff more clearly points out that, because the Secretary of the Interior approved the mortgage loan, the trust status no longer applies, upon Order of Foreclosure or Order of Sale, Plaintiff may sell the property to any willing buyer, regardless of whether that buyer is Indian or non-Indian.

### C. The Proposed Amendment Meets the "Liberal" Legal Standards Governing Amendments

The Yakama Nation law is guided by the federal common law. Here, "[i]n the absence of a dispositive scheduling order, whether leave to amend should be granted is governed by the

YAKIMA LAW, PLLC
212 N. Naches Ave.
Yakima, WA 98901
(T) 509-903-9500 | (F) 509-866-5951

more liberal standard set forth in Rule 15(a)." *McKinley v. Kaplan,* 177 F. 3d 1253, 1257 (11th Cir. 1999). Plaintiff's proposed amendments satisfy the applicable legal standards and will facilitate resolution of the case on the merits.

### 1. Dismissal of PHH Mortgage

Amos has now taken over the previously delegated responsibility to service the account . PHH Mortgage Corporation no longer acts as the third-party servicer on the account. Dismissal of individual parties from a case is appropriately accomplished through Rule 15. *Perry v. Schumacher Grp. Of La.,* 891 F.3d 954, 958 (11th Cir. 2018) (holding that Rule 41(a) may be used to dismiss only an action in its entirety).

### 2. Supplemental Claims

Courts have recognized that "[a] supplemental pleading is an appropriate vehicle by which to 'set forth new facts in order to update the earlier pleading or change the amount or nature of the relief requested in the original pleading." *Lussier v. Dugger,* 904 F. 2d 661, 670 (11th Cir. 1990) (quoting 6A Charles Alan Wright, Arthur R. Miller, & M. K. Kane, 4 *Federal Practice and Procedure* § 1504 (footnotes omitted). Leave to file a supplemental pleading "should be freely granted when doing so will promote the economic and speedy disposition of the entire controversy between the parties, will not cause undue delay or trial inconvenience, and will not prejudice the rights of any of the other parties to the action." 6A Charles Alan Wright & Arthur R. Mill *et al.,* Federal Practice and Procedure  § 1504 (3d ed. 2018). This is a similar standard to that used in  determining whether to grant leave to amend pursuant to Rule 15(a)(2), with the notable exception being that any supplementation must be based on a "transaction, occurrence, or event that happened *after* the date of the pleading to be supplemented." Fed. R. Civ.P. 15(d) (italics emphasis added.) Here, Plaintiff supplement claims appropriately update its earlier complaint to reflect certain Defendant's actions since Plaintiff filed its original Complaints.

### 3. Amended Allegations and Claims

Federal Rule of Civil Procedure 15 places leave to amend within the sound discretion of the tribal court. *Forman v. Davis,* 371 U.S. 178, 181-82 (1962). In exercising this discretion, a court should be guided by the underlying purpose of Rule 15 to facilitate a decision on the merits, rather than on the pleading or technicalities (*Id.* at 182), and any decision to deny leave should be supported with an explanation from the Court (*see Higdon v. Tusan,* 673 F. App'x 933,

937 (11th Cir. 2016). "Unless there is a substantial reason to deny leave to amend, the discretion of the ... court is not broad enough to permit denial." *Thomas v. Davie*, 847 F.2d 771, 773 (11th Cir. 1988) (quotations and citations omitted).

### 4. No Prejudice to Opposing Parties

Prejudice is the major consideration and given most weight when deciding whether to grant leave to amend. *United States v. Hougham*, 364 U.S. 310, 316 (1960); *see also Middle Atl. Utils. Co. v. S. M. W. Dev. Corp.*. 392 F.2d 380, 384 (2d Cir. 1968) ("trail court should normally focus on the resultant prejudice to defendant"); *Eminence Capital, LLC v. Aspirin, Inc.*, 316 F. 3d 1048,1052 (9th Cir. 2003) (prejudice is the "touchstone of the inquiry under rule 15(a)."). The burden to prove prejudice lies with the party opposing an amendment. *Allstate Ins. Co. v. Regions Bank*, No. 14-0067-WS-C, 2014 U.S. Dist. LECIS 115540, at *27-29 (S.D. Ala. Aug. 19, 2014). Based upon the foregoing arguments, Defendants cannot demonstrate the substantial prejudice that would support this Court's denial of the requested leave to file an Amended Complaint.

### 5. There Has Been No Undue Delay Caused by Plaintiff

While there has been delay, there has not been delay caused by Plaintiff and there has certainly been no undue delay on Plaintiff's part. Undue delay is that delay which unfairly prejudices the non-moving parties or imposes unwarranted burdens upon the Court. *Mayeaux. v. La Health Serv. & Indem.* Co., 376 F.3d 420, 427 (5th Cir. 2004).

Plaintiff incorporates it's first motion by reference. Plaintiff filed its original Complaint at the end of 2014. The Court took it upon itself to wait until 2015 to place a conformed stamp or file stamp on the original Complaint. Plaintiff brought various Motions for Default and a Motion to Intervene in the devorce proceedings of Heather and Jeffery Sampson. The Court promised to schedule a new Hearing for Plaintiff's Motion for Default that was placed on the Court's calendar in May 2017, but Plaintiff never heard from the Court again. Defendants never filed an Answer or other responsive pleading, never filed a motion of any kind, and never made a settlement offer. If any party has been prejudiced from how the original Complaint has not been responded to it is Plaintiff, not Defendants. Without Defendants being made to file an Answer or other responsive pleading. Plaintiff does not wish to go out on a limb and conduct discovery, to then face arguments of waiver or estoppel as to the requirement for Defendants to file an Answer or other responsive pleading.

YAKIMA LAW, PLLC
212 N. Naches Ave.
Yakima, WA 98901
(T) 509-903-9500 | (F) 509-866-5951

Furthermore, Defendants' failure to retain defense counsel put Plaintiff's counsel in the enviable position of having to communicate directly with Defendants as opposed to counsel for Defendants.

In the case of *W.R. Huff Asset Mgmt. Co. v. Kohlber, Kravis, Roberts,* KKR *Assocs.* LP, 209 F. App'x 931, 934-35 (11th Cir. 2006), the Court held that a plaintiff's proposed amended complaint posed " no undue burden on [the defendant] when the litigation - though lone-lived - had not yet progressed beyond the pleading stage," and where "[t]here has been no discovery, nor a trail date set, and the claims presented in the new complaint do not differ in substance from those raised previously." *Id.* at 935. Nor was there a "waste of judicial resources" where "no federal judges have yet considered the substance of [the plaintiff's] complaints." *Id.* The *Huff* court also held that the motion to amend was not untimely where, "a[a]lthough this case has had an undeniably long procedural history, the delays to which it has been subject have generally been no fault of [the plaintiff's] . . ." *Id.* See also *Howey v. United States,* 481 F.2d 1187 (9th Cir. 1973) (allowing leave five years after a third-party complaint had been filed.)

Furthermore, since entering the matter as new counsel a pandemic has swept the nation creating issues with scheduling matters before the court.  There has been a motion pending which has not been set for hearing on this matter but there are no dates set for hearings, motions, pretrial, trail, or other events.

### 6.  Plaintiff's Complaint is Not Deficient, and There Has Been No Failure to Cure Any Deficiency

Plaintiff has not previously requested leave to amend and there has been no ruling regarding the sufficiency of Plaintiff's claims.

### IV.    CONCLUSION

Plaintiff's proposed amendments are appropriate and consistent with federal case law precedent. The proposed amendments will not unfairly prejudice the Defendants. The proposed amendments are intended to clarify the claims at issue in the case and promote the resolution of those claims on the merits. Therefore, based upon the foregoing arguments and legal citations supporting a policy of favoring amendments to pleadings, Plaintiff respectfully requests that this Tribal Court enter an order granting Plaintiff leave to file its First Amended Complaint.

Respectfully submitted this 2nd day of August 2022.

YAKIMA LAW, PLLC
212 N. Naches Ave.
Yakima, WA  98901
(T) 509-903-9500 | (F) 509-866-5951

1

2

Mathew Kaminski,
Attorney for Plaintiff

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Name: Matthew Kaminski
Mailing Address: 212 N. Naches Ave.
   Yakima, WA 98901
Telephone: 509.903.9500
☒ **Check if this is a New/Updated Address – Attorney's Address**

## IN THE YAKAMA TRIBAL COURT FOR THE CONFEDERATED
## TRIBES AND BANDS OF THE YAKAMA NATION

In Re:

| | |
|---|---|
| PHH MORTGAGE COMPANY, et al.,<br>Plaintiff's<br><br>Vs.<br><br>JEFFEREY A. SAMPSON; HEATHER R.<br>SAMPSON; et al.,<br>Respondent | Case No.(s): YTC-CO-15-0024<br><br>**MOTION & ORDER FOR HEARING**<br><br>☒ **CLERKS ACTION REQUIRED**<br>☒ **NOTICE OF HEARING** |

Comes now, Plaintiff., the undersigned, moves this Court to schedule a hearing based upon the attached Renewed Motion for Leave to File First Amended Complaint, Deed of Trust Foreclosure; Memorandum of Supporting Law; Request for Hearing filed herewith

Respectfully submitted this 2 day of August 2022.

Matthew Kaminski, WSBA 44023
Attorney for Plaintiff

## ORDER

The Court has reviewed this Motion, and ☐ **DENIES** ☐ **GRANTS** the request for the following reasons: _____

_____

_____

    M&O for Hearing     COPY

☐ **The Clerk shall reschedule this matter, with notice to all parties.**

☐ **The previous Court Ordered conditions shall remain in effect**

☐
**Other:**_____

Done this _____ day of _____, 20\_\_\_\_.

_____
Judge, Yakama Tribal Court

### NOTICE OF YOUR NEXT COURT DATE:

**Monday    Tuesday    Wednesday    Thursday    Friday**

**DATE:**_____ **TIME:** \_\_\_\_:\_\_\_\_ **AM/PM**

Done this _____ day of _____, 20\_\_\_\_.

_____
Clerk, Yakama Tribal Court



**Nina Rodriguez**

---

**From:** Nina Rodriguez
**Sent:** Thursday, August 11, 2022 2:40 PM
**To:** Rose Sampson
**Subject:** RE: YTC-CO-15-0024
**Attachments:** 2022.8.11 (Amos Financial) NOA.pdf; (Amos Financial) DOCUMENT REQUEST FORM.pdf

*Hello Rose, please see attached.*

Thank you,



Nina Rodriguez
*Litigation Paralegal*
Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

**Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.**
Notice: This communication may contain privileged or other confidential information.  If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re transmit, disseminate, or otherwise use the information.  Also, please indicate to the sender that you have received this email in error, and delete the copy you received.  Thank you.

---

**From:** Rose Sampson <Rose_Sampson@Yakama.com>
**Sent:** Monday, August 8, 2022 11:03 AM
**To:** Nina Rodriguez <Nina@YAKIMA.LAW>
**Subject:** RE: YTC-CO-15-0024

Good Morning Nina,

Was there a NOA filed for Mr. Kaminski – requesting another copy to release copies of the file before we go go forward and make copies.

Rose Sampson
Clerk,
YN Tribal Court –Civil

1
2
3
4
5
6          **IN THE YAKAMA TRIBAL COURT FOR THE CONFEDERATED TRIBES AND**
            **BANDS OF THE YAKAMA NATION**
7
8          In re:
9          **PHH MORTGAGE COMPANY, et al.,**                    No. YTC-CO-15-0024
10                                     Plaintiffs,
                                                               NOTICE OF APPEARANCE
11         **JEFFEREY A. SAMPSON; HEATHER**
           **R. SAMPSON; et al.,**
12                                     Defendants.
13
14         **TO:**       **Clerk of the Court;**
           **AND TO:**   **Jeffery A. Sampson; Heather R. Sampson;** et al.,
15
                  PLEASE TAKE NOTICE that the Plaintiff, PHH Mortgage Company, et al., it's successors
16
           in Interest and/or assigns, by and through PHH Mortgage Corporation, hereby appears in the
17
           above-entitled cause by the undersigned attorney and requests that all further papers and pleadings
18         herein, including original process, be served upon the undersigned attorney at the address below
           stated.
19
20         Matthew Kaminski
           Yakima Law, PLLC
21         212 N. Naches Ave.
           Yakima, WA 98901
22
           Date: August 0️⃣, 2022.
23                                                    Matthew Kaminski, WSBA No. 44023
                                                      Attorney for Plaintiff
24
25

Notice of Appearance – *Page 1 of 1*



Confederated Tribes and Bands
of the Yakama Nation

Established by the
Treaty of June 9, 1855

# DOCUMENT REQUEST FORM

**TO:** YAKAMA TRIBAL COURT
P.O. Box 151, Toppenish, WA 98948
Phone: 509-865-5121

TYPE OF CASE:     **(Please Circle)**

(PATERNITY)          (DIVORCE)          (GUARDIANSHIP)          (PROBATE)          (CIVIL)

(CUSTODY)          (NAME CHANGE)          (CRIMINAL)          (RESTRAINING ORDER)

Print Your Name here: Nina Rodriguez at Yakima Law PHONE No.:  509.903.9500

NAME(s) ON COURT CASE FILE:     PHH Mortgage Co. et. al.,          D.O.B.

                                                       v. Jefferey and Heather Sampson  D.O.B.

DATE OF LAST KNOWN HEARING:     Unknown          COURT CASE# YTC-CO-15-0024

The request for documents will be used for the following specific purpose(s): Representation of PHH Mortgage Co
all documents that have been filed under this matter.

I am requesting a: (DUPLICATE COPY)   (CERTIFIED COPY) *see costs below*

_Nina Rodriguez_          Paralegal, Yakima Law, PLLC          08/11/2022
Requestor's Signature          Title          Date

## P L E A S E  ALLOW (72) HOURS TO PROCESS YOUR REQUEST.

Note: Adoption records are sealed and in the event you are requesting copies of adoption records that is only through a
written petition to the court for the judge's consideration.

-----------------------------------------------------------------------------------------
## DO NOT WRITE BELOW DOTTED LINE FOR COURT USE ONLY
-----------------------------------------------------------------------------------------

Your request is hereby GRANTED/DENIED

_____          _____
                                                  **JUDGE, Yakama Tribal Court**          **Date**

If denied – reason: _____

_____

I have on this____ day of _____ 20____ .at _____:_____ AM / PM made copies of the documents

requested and MAILED/DELIVERED to: _____

                                                       _____

                                                       _____

                                                       _____
                                                                 Court Staff

*DUPLICATION *Cost at .50 each page*
*CERTIFIED *Cost at $2 and .50 per page thereafter if more than one document*
**Due at time of copying $_____*

WORDdoc102116

**Nina Rodriguez**

| | |
|---|---|
| **From:** | Nina Rodriguez |
| **Sent:** | Friday, September 2, 2022 9:48 AM |
| **To:** | Tamara Saluskin |
| **Cc:** | Matthew Kaminski; Rose Sampson; Jenifer Manuel; Kayla Fiander; Elmer Ward |
| **Subject:** | Amos Financial | YTC-CO-15-0024 |
| **Attachments:** | Amos Financial v. Sampsons Case No. YTC-CO-15-0024 ; RE: YTC-CO-15-0024 |

*Good morning, hope all is well, I'm following up in regard to the above referenced matter. A motion requesting a hearing was sent the beginning of August of 2022 and we have yet to hear back. Can we please get an update? I am needing to get conformed copies as well.*

Thank you,



Nina Rodriguez
*Litigation Paralegal*
Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

**Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.**

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re transmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error, and delete the copy you received. Thank you.

**From:** Nina Rodriguez
**Sent:** Friday, August 26, 2022 10:07 AM
**To:** 'Tamara Saluskin' <Tamara_Saluskin@Yakama.com>
**Cc:** Matthew Kaminski <matt@YAKIMA.LAW>; Rose Sampson <Rose_Sampson@Yakama.com>; Jenifer Manuel <Jenifer_Manuel@Yakama.com>
**Subject:** RE: Buck v. Spencer & Amos Financial

*No worries. Thank you so much Tamara! Glad you are feeling well and back at work. By any chance, can I get an update on the attached email?*

Thank you,



Nina Rodriguez
*Litigation Paralegal*
Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

**Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.**

## Nina Rodriguez

| | |
|---|---|
| **From:** | Elmer Ward <Elmer_Ward@Yakama.com> |
| **Sent:** | Friday, September 2, 2022 10:07 AM |
| **To:** | Nina Rodriguez; Tamara Saluskin |
| **Cc:** | Matthew Kaminski; Rose Sampson; Jenifer Manuel; Kayla Fiander |
| **Subject:** | RE: Amos Financial | YTC-CO-15-0024 |

Sorry not my case.

Elmer Ward
Staff Attorney
WSBA #30323
Yakama Nation Public Defender Office
P.O. Box 151
Toppenish, WA 98948
(509) 865-5121 X. 4878 Fax (509) 865-4250
Cell (509) 314-0573

\*\*\*NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and destroy the copy you received. Any unauthorized review, use or distribution is prohibited.\*\*\*

**From:** Nina Rodriguez <Nina@YAKIMA.LAW>
**Sent:** Friday, September 2, 2022 9:48 AM
**To:** Tamara Saluskin <Tamara_Saluskin@Yakama.com>
**Cc:** Matthew Kaminski <matt@YAKIMA.LAW>; Rose Sampson <Rose_Sampson@Yakama.com>; Jenifer Manuel <Jenifer_Manuel@Yakama.com>; Kayla Fiander <Kayla_Fiander@Yakama.com>; Elmer Ward <Elmer_Ward@Yakama.com>
**Subject:** Amos Financial | YTC-CO-15-0024

*Good morning, hope all is well, I'm following up in regard to the above referenced matter. A motion requesting a hearing was sent the beginning of August of 2022 and we have yet to hear back. Can we please get an update? I am needing to get conformed copies as well.*

Thank you,



Nina Rodriguez
*Litigation Paralegal*
Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

**Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.**
Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re transmit,

1

**Nina Rodriguez**

| | |
|---|---|
| **From:** | Matthew Kaminski |
| **Sent:** | Friday, September 2, 2022 10:33 AM |
| **To:** | ethan@yakamanation-olc.org |
| **Cc:** | Nina Rodriguez |
| **Subject:** | Fw: Amos Financial | YTC-CO-15-0024 |
| **Attachments:** | Amos Financial v. Sampsons Case No. YTC-CO-15-0024 ; RE:  YTC-CO-15-0024 |

Ethan,

Thanks for speaking with me this morning.  Again, I inherited this case from a retiring attorney and I have a client that is breathing down my neck for some kind of forward momentum on this.

I just need a hearing set to amend complaint / set summary judgment or trial on this foreclosure.

My next step is going to be to file in federal court and ask to remove this, but I didn't want to do that without at least alerting you to the issue first.

Thanks and I hope you have a good weekend.

Matt



Matthew Kaminski,
*Attorney*
Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

**Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.**
Notice: This communication may contain privileged or other confidential information.  If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re transmit, disseminate, or otherwise use the information.  Also, please indicate to the sender that you have received this email in error, and delete the copy you received.  Thank you.

**From:** Nina Rodriguez <Nina@YAKIMA.LAW>
**Sent:** Friday, September 2, 2022 9:47 AM
**To:** Tamara Saluskin <Tamara_Saluskin@Yakama.com>
**Cc:** Matthew Kaminski <matt@YAKIMA.LAW>; Rose Sampson <Rose_Sampson@Yakama.com>; Jenifer Manuel <Jenifer_Manuel@Yakama.com>; Kayla Fiander <Kayla_Fiander@Yakama.com>; Elmer Ward <Elmer_Ward@Yakama.com>
**Subject:** Amos Financial | YTC-CO-15-0024

1

## Nina Rodriguez

| | |
|---|---|
| **From:** | Nina Rodriguez |
| **Sent:** | Thursday, September 29, 2022 3:19 PM |
| **To:** | Tamara Saluskin |
| **Subject:** | RE: Amos Financial | YTC-CO-15-0024 |

*Good afternoon, hope all is well! Is there an update in regard to the below request?*

Thank you,



Nina Rodriguez
*Litigation Paralegal*
Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

### Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.
Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re transmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error, and delete the copy you received. Thank you.

**From:** Nina Rodriguez
**Sent:** Friday, September 2, 2022 9:48 AM
**To:** Tamara Saluskin <Tamara_Saluskin@Yakama.com>
**Cc:** Matthew Kaminski <matt@YAKIMA.LAW>; Rose Sampson <Rose_Sampson@Yakama.com>; Jenifer Manuel <Jenifer_Manuel@Yakama.com>; Kayla Fiander <Kayla_Fiander@Yakama.com>; Elmer Ward <Elmer_Ward@Yakama.com>
**Subject:** Amos Financial | YTC-CO-15-0024

*Good morning, hope all is well, I'm following up in regard to the above referenced matter. A motion requesting a hearing was sent the beginning of August of 2022 and we have yet to hear back. Can we please get an update? I am needing to get conformed copies as well.*

Thank you,



Nina Rodriguez
*Litigation Paralegal*
Yakima Law PLLC
212 N. Naches Ave
Yakima, WA 98901
**T:** (509) 903-9500 **F:** (509) 866-5951

### Hours: Monday – Thursday 8:30 a.m. – 5:00 p.m., Friday 8:30 a.m. – 2:30 p.m.