FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMOS FINANCIAL, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>THE CONFDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>      Defendant. | No. 1:23-CV-3010-ACE<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

**BEFORE THE COURT** is Plaintiff's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  ECF No. 13.

Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1.      Plaintiff's complaint in this matter, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

2.      All pending motions, including the motion to dismiss for lack of jurisdiction, **ECF No. 9**, are **DENIED AS MOOT**.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED April 11, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 1